IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR 87 |
| | : | |
| DAQUAN DELMONTE OUTLAW | : | |

The Grand Jury charges:

COUNT ONE

On or about March 1, 2023, in the County of Alamance, in the Middle District of North Carolina, DAQUAN DELMONTE OUTLAW knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of psilocyn, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT TWO

On or about March 1, 2023, in the County of Alamance, in the Middle District of North Carolina, DAQUAN DELMONTE OUTLAW, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a quantity of a mixture and substance containing a detectable amount of psilocyn, as more

fully referenced in Count One of this Indictment, did knowingly possess a firearm, that is, a Taurus 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

COUNT THREE

On or about March 1, 2023, in the County of Alamance, in the Middle District of North Carolina, DAQUAN DELMONTE OUTLAW knowingly did possess in and affecting commerce a firearm, that is, a Taurus 9mm handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

DATED: March 18, 2024

SANDRA J. HAIRSTON
United States Attorney

BY: TRACY M. WILLIAMS-DURHAM
Assistant United States Attorney

A TRUE BILL:

FOREPERSON